Watts Unemployment Compensation Case.

Argued September 17, 1964. *Robert Watts,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

October 9, 1964

Commonwealth ex rel. Love, Appellant, *v.*
Maroney.

Submitted September 14, 1964. *Earl Love,* appellant, in propria persona; *Abner Silver,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY, J., would remand for a hearing on the writ.